IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thornton, Lettie B

Printed: 10/2/07

Case Number: 05 B 04322
Judge: Hollis, Pamela S
Filed: 2/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: July 30, 2007
Confirmed: March 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,130.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 16,973.68 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 937.80 |
| Other Funds: |  | 18.52 |
| Totals: | 20,130.00 | 20,130.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Resurgent Capital Services | Unsecured | 6,491.15 | 4,251.73 |
| 3. | ECast Settlement Corp | Unsecured | 1,559.91 | 1,021.95 |
| 4. | World Financial Network Nat'l | Unsecured | 611.24 | 400.44 |
| 5. | World Financial Network Nat'l | Unsecured | 880.59 | 576.92 |
| 6. | Specialized Management Consultants | Unsecured | 2,145.81 | 1,405.78 |
| 7. | World Financial Network Nat'l | Unsecured | 882.77 | 578.32 |
| 8. | World Financial Network Nat'l | Unsecured | 1,170.13 | 766.59 |
| 9. | ECast Settlement Corp | Unsecured | 983.04 | 644.02 |
| 10. | World Financial Network Nat'l | Unsecured | 1,004.49 | 658.08 |
| 11. | World Financial Network Nat'l | Unsecured | 168.49 | 105.16 |
| 12. | Resurgent Capital Services | Unsecured | 815.62 | 534.33 |
| 13. | Resurgent Capital Services | Unsecured | 8,126.26 | 5,323.76 |
| 14. | Citibank USA | Unsecured | 424.21 | 264.92 |
| 15. | ECast Settlement Corp | Unsecured | 674.21 | 441.68 |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 18. | BP Amoco | Unsecured |  | No Claim Filed |
| 19. | WARDS | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Seventh Avenue | Unsecured |  | No Claim Filed |
| 22. | Spiegel | Unsecured |  | No Claim Filed |
| 23. | Wal Mart Stores | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,137.92 | $ 19,173.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thornton, Lettie B

Printed: 10/2/07

Case Number: 05 B 04322
Judge: Hollis, Pamela S
Filed: 2/9/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 67.50 |
| 3% | 115.32 |
| 5.5% | 401.41 |
| 5% | 100.82 |
| 4.8% | 252.75 |
| | _____ |
| | $ 937.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_